UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MY ELECTRICIAN INC., a California corporation,<br><br>Defendant. | Case No.:  19-cv-1500-GPC-AHG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT, OR IN THE ALTERNATIVE, AMENDMENT OF JUDGMENT**<br><br>**[ECF No. 40]** |

On January 26, 2021, the Court granted in part and denied in part Plaintiffs' Motion for Summary Judgment, in which the Court concluded that Plaintiffs are summarily entitled to $16,192.25 in damages and $4,822.44 in litigation costs.  ECF No. 31.  And on March 15, 2021, the Court granted Plaintiffs' Motion for Attorney's Fees and Costs, in which the Court concluded that Plaintiffs are entitled to $31,320.00 in attorney's fees and $1,031.87 in additional litigation costs.  ECF No. 38.

Subsequently, the Clerk of Court entered a Judgment, ECF No. 39, but the Judgment did not reflect Plaintiffs' entitlement awarded in the Court's January 26, 2021

1

Order.  On March 18, 2021, Plaintiffs filed a Request for Entry of Judgment, or in the Alternative, Amendment of Judgment.  ECF No. 40.

Plaintiffs' Request is **GRANTED**, and the Court hereby **AMENDS** the Judgment pursuant to Federal Rule of Civil Procedure 59(e).

**IT IS HEREBY ORDERED** that Plaintiffs are entitled to: (1) $16,192.25 in damages, (2) $31,320.00 in attorney's fees, and (3) $5,854.31 in litigation costs.

The Court **DIRECTS** the Clerk of Court to amend the Judgment accordingly.  The case shall remain closed.

**IT IS SO ORDERED.**

Dated:  March 18, 2021

Hon. Gonzalo P. Curiel
United States District Judge

2

19-cv-1500-GPC-AHG